FELIX JANUSZEWICZ, Respondent, *v.* CHARLES K. LEICHT, Appellant.

*Januszewicz* v. *Leicht*, 120 App. Div. 895, affirmed.
(Argued October 8, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 10, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel the defendant to sign and acknowledge a satisfaction of a certain chattel mortgage.

*Charles W. U. Sneed* and *C. L. Waring* for appellant.

*David C. Scott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ELIZABETH BETZ, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Betz* v. *City of New York*, 119 App. Div. 91, affirmed.
(Argued October 9, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover money erroneously paid for taxes.

*Francis K. Pendleton, Corporation Counsel* (*David Rumsey* and *Curtis A. Peters* of counsel), for appellant.

*Michael C. Gross* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.